AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All Funds Contained in WestStar Bank Account ) Case No. **21 MR 1107**
Number 13050325 Held in the Name )
EGL Construction Inc. )
)

### WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

all funds contained in US Bank Account Number 13050325 held in the name of EGL Construction Inc.

See Attachment B for additional instructions.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   August 16, 2021
                                                                                      *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
Jerry H. Ritter                                                                       .
        *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   August 2, 2021  5:39 p.m.                  _____
                                                                    *Judge's signature*

City and state:   Albuequerque, NM              Jerry H. Ritter  U.S. Magistrate Judge
                                                    *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21 MR 1107 | Date and time warrant executed: 8/9/21 1440 | Copy of warrant and inventory left with: ISABEL MEDRANO, SVP. |
| Inventory made in the presence of: ISABEL MEDRANO, SVP WESTSTAR BANK | | |
| Inventory of the property taken: ONE (1) CASHIERS CHECK #5424025 FROM WESTSTAR BANK PAYABLE TO THE UNITED STATES MARSHALS SERVICE IN THE AMOUNT OF $1,089,346.58 USD. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/9/21

*Executing officer's signature*

LUCAS COULTER, SPECIAL AGENT
*Printed name and title*

FD-597 (Rev. 4-13-2015)                                                                 Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 58A-AQ-3474860

On (date) 8/9/21

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) ISABEL MEDRANO

(Street Address) 500 N. MESA

(City) EL PASO TX 79901

Description of Item(s): ONE (1) CASHIERS CHECK #5424025 FROM WESTSTAR BANK PAYABLE TO UNITED STATES MARSHALS SERVICE IN THE AMOUNT OF $1,089,346.58 USD.

Received By: _(Signature)_

Printed Name/Title: LUCAS COULTER, SPECIAL AGENT

Received From: _(Signature)_

Printed Name/Title: M Medrano, SVP

**WestStar Bank**
P.O. Box 99100
El Paso, TX 79999-9100

Cashier's Check

Date: 8/06/21
Branch: 1001

5424025
88-1761/1120

REMITTER    CASE #21 MR 1107

PAY EXACTLY **1,089,346 AND 58/100 DOLLARS

PAY TO THE ORDER OF   UNITED STATES MARSHALL SERVICES

$1,089,346.58

VOID VOID VOID VOID

AUTHORIZED SIGNATURE

⑆000542402⑆ ⑈112017619⑈ 500 000 9⑈'

---

**WestStar Bank**
P.O. Box 99100
El Paso, TX 79999-9100

Cashier's Check                          5424025

DATE: 8/06/21

REMITTER: CASE #21 MR 1107
WARRANT TO SEIZE PROPERTY SUBJECT TO
FORFEITURE FOR THE DISTRICT OF NM

TO:   UNITED STATES MARSHALL SERVICES

BRANCH:     1001
ORIGINATOR: S85RVIGI
TIME:       14:59:50
CK AMT:     $1,089,346.58
FEE AMT:    $.00

TOTAL:      $1,089,346.58

NON-NEGOTIABLE

## Attachment B

WestStar Bank is directed to do the following regarding WestStar Bank Account Number 13050325 held in the name of EGL Construction Inc.:

a. Freeze the contents of the account in the event the bank is unable to provide the funds immediately to the FBI and thereby restrict the removal and/or dissipation of the funds by the account holder(s).